

# Gerald Austin McHugh
UNITED STATES DISTRICT COURT JUDGE

April 12, 2023

Mr. Richard Jefferson
AH-9348
SCI-PHOENIX
1200 Mokychic Drive
Collegeville, PA 19426

      RE:    JEFFERSON v. LUQUIS et al
              United States District Court for the Eastern District of Pennsylvania
              Civil Action No. 22-2374

Dear Mr. Jefferson:

      My Chambers has received your memorandum dated April 2, 2023, seeking a transcript of the settlement conference recently conducted by the Court. That memorandum also seeks a written order directing the Commonwealth to take certain actions,

      As I explained to you at the outset of the conference, settlement discussions are conducted off the record, and parties are not bound by anything said there.

      Your memo refers to a "mandate" I imposed on the Commonwealth, but it is not the role of a judge facilitating settlement discussions to issue orders binding either side, and I imposed no such mandate.

      Settlement discussions are deemed to be privileged, and Federal Evidence Rule 408 specifically prohibits introduction of any evidence that would reveal the substance of such discussions.

      For that reason, your memo will not be docketed. As this litigation progresses, please do not cite anything from the settlement conference as part of your filings in this case.

                                            Very truly yours,

                                            */s/ Gerald A. McHugh*

9613 United States Courthouse, 601 Market Street, Philadelphia, PA 19106
(267) 299-7301, Fax (267) 299-5020

cc: Melissa Medina, Esquire
Melissa Medina, Esquire
PA Office of Attorney General
1600 Arch St.
3rd FL
Philadelphia, PA 19107