# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RICHARD JEFFERSON              :
                               :
        v.                     :       CIVIL ACTION NO. 22-2374
                               :
JAMIE LUQUIS, ET AL.           :

## O R D E R

This ___13th___ day of ___September___, 2023, it having been reported that the above captioned action has been settled, it is **ORDERED** that the above captioned action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

Notwithstanding this dismissal, pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure, this order of dismissal may be vacated, modified, or stricken from the record, for cause shown, upon the application of any party served within ninety (90) days of the entry of such order of dismissal, provided the application of the ninety-day time limitation is consistent with Federal Rule of Civil Procedure 60(c).

It is further **ORDERED** that defense counsel shall docket a Stipulation of Dismissal within 90 days from the date of this Order.

**GEORGE WYLESOL**, Clerk of Court

BY:        _____/s/ Patricia Clark_____
           Patricia Clark
           Civil Deputy to Judge McHugh

Copies EMAILED on __9/13/23__ to:

cc:     All counsel of record